# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:02cr63-RH/WCS

MARK WILSON,

    Defendant.

_____/

## ORDER UPHOLDING MAGISTRATE JUDGE'S
## DENIAL OF MOTION TO EXPEDITE

Defendant Mark Wilson has filed a motion to set aside the magistrate judge's "Order on Defendant's Letter" entered September 29, 2006. The order treated defendant's letter as a motion to expedite consideration of defendant's pending 28 U.S.C. §2255 motion. Because there is no reason why defendant's §2255 motion should be considered before other motions pending longer, the magistrate judge denied the motion to expedite. The magistrate judge's order is neither clearly erroneous nor contrary to law and will not be set aside. *See* Fed. R. Civ. P. 72(a). Accordingly,

    IT IS ORDERED:

Defendant's motion (document 145) to set aside the magistrate judge's order

of September 29, 2006 (document 144) is DENIED.

    SO ORDERED this 24th day of October, 2006.

                                               s/Robert L. Hinkle
                                            Chief United States District Judge